# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GAME WORLD ASSOCIATES, INC., ) | |
| Plaintiff, ) | Case No. 2:11-cv-01168-JCM-CWH |
| vs. ) | **ORDER** |
| TRAVELERS CASUALTY INSURANCE ) COMPANY OF AMERICA, ) | |
| Defendant. ) | |

This matter came before the Court for a hearing on Plaintiff's counsel's Motion to Withdraw as Attorney (#26), filed January 20, 2012.

During the hearing, the Court canvassed counsel regarding the requirements of LR IA 10-6. Satisfied that counsel meets those requirements, the motion to withdraw (#26) was granted. *See* Mins. of Procedings (#30). After granting the withdrawal, Plaintiff, a corporation, is left without counsel in this matter. A corporation may appear in federal court only through licensed counsel *See e.g.*, *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries ... that a corporation may appear in the federal courts only through licensed counsel."); *see also U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993); *Trustees of Operating Engineers Pension Trust v. O'Donnell*, 2007 WL 672528 (D. Nev.) (striking answer for failure of corporation to retain counsel). Plaintiff may only continue in this matter through licensed counsel. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Game World Associates shall retain or otherwise appear through counsel in this matter by **February 13, 2012**. Failure to do so may result in a recommendation that Plaintiff's answer be stricken and judgment entered in favor of

Defendant.

**IT IS FURTHER ORDERED** that Plaintiff's counsel shall initiate a meet and confer with Defendant no later than **February 20. 2012** for purposes of devising a new briefing schedule on the currently pending motions and any request to extend discovery.

**IT IS FURTHER ORDERED** that Plaintiff's prior counsel, Mr. Victor L. Miller, shall serve a copy of this Order on Plaintiff and file a certificate of service with the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mail a copy of this Order and the docket in this case to Plaintiff's last known address:

Game World Associates, LLC
c/o Steve Davis
5620 W. Charleston Blvd., Suite A
Las Vegas, Nevada 89146

DATED this 27th day of January, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**